JOHN P. MARTO, an Infant, by SUSIE MARTO, His Guardian ad Litem, Respond-

ent, v. FREDERICK AMBROSE CLARK, Appellant, and Others, Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.